# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Jessica Lockwood, | ) | COURT MINUTES – CIVIL |
| | ) | BEFORE: KATE MENENDEZ |
| Plaintiff(s), | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) Case No: | 18-cv-272-JNE-KMM |
| | ) Date: | 9/13/18 |
| USAA Federal Savings Bank, | ) Courthouse: | Minneapolis |
| | ) Courtroom: | Courtroom 8E |
| Defendant(s). | ) Recording: | 11:57 a.m. – 12:01 p.m. |
| | ) Time Commenced: | 9:00 a.m. |
| | ) Time Concluded: | 12:01 p.m. |
| | ) Time in Court: | 3 Hours & 1 Minute |
| | ) | |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

Plaintiff:   Bennett Hartz

Defendant:   David M. Krueger

**PROCEEDINGS:**

    X    Confidential Settlement reached. Terms stated on the record.

         Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

**Other Remarks:**

    The parties will bring any dispute about minor terms of the settlement to the Court for resolution.

                                     *s/Kathy Thobe*
                                     Judicial Assistant/Calendar Clerk