**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO. 18-CV-272 (JNE/KMM)**

---

Jessica Lockwood,

      Plaintiff,

v.

USAA Federal Savings Bank,

      Defendant.

> **STIPULATION FOR**
> **DISMISSAL**

---

The above parties stipulate, through their respective undersigned counsels, that all claims

in this action may be dismissed with prejudice, with each party to bear their own costs

and fees.


Date: November 16, 2018          */s/ Bennett Hartz*
                                        Andrew C. Walker #392525
                                        Bennett Hartz #393136
                                        Walker & Walker Law Offices, PLLC
                                        4356 Nicollet Avenue South
                                        Minneapolis, MN 55409
                                        (612) 824-4357
                                        ***Attorneys for Plaintiff***


Date: November 16, 2018          */s/ David M. Krueger*
                                          David M. Krueger (Pro Hac Vice)
                                        Benesch Friedlander Coplan & Aronoff
                                        2200 Public Square, Suite 2300
                                        Cleveland, OH 44144
                                        (440) 313-2974
                                        ***Attorneys for Defendant***