UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jessica Lockwood,  Civil No. 18-272 (JNE/KMM)

    Plaintiff,

v.  ORDER

USAA Federal Savings Bank,

    Defendant.

On November 16, 2018, the parties filed a joint Stipulation of Dismissal with Prejudice [Dkt. No. 21]. Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

    IT IS SO ORDERED.

Dated:   November 19, 2018

    s/ Joan N. Ericksen
    JOAN N. ERICKSEN
    United States District Judge